# EXHIBIT B

```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF TENNESSEE
                           WESTERN DIVISION



ZENA RAYFORD,

        Plaintiff,

v.                                             Cv. No. 08-2144-Ma

THE STANDARD INSURANCE COMPANY,

        Defendant.
```

# JUDGMENT

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order Granting Defendant's Motions for Summary Judgment and to Dismiss for Lack of Subject Matter Jurisdiction, docketed March 10, 2010.


**APPROVED:**

S/ *Samuel H. Mays Jr.*
_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| March 10, 2010 | THOMAS M. GOULD |
| DATE | CLERK |
| | S/ *Jean Lee* |
| | (By) DEPUTY CLERK |