# EXHIBIT E

IN THE CIRCUIT COURT FOR SHELBY COUNTY, TENNESSEE AT MEMPHIS

| | |
|---|---|
| ZENA RAYFORD, | ) |
| | ) |
|     Plaintiff, | ) |
| | )   No. CT-002954-11 |
| vs. | ) |
| | ) |
| THE STANDARD INSURANCE COMPANY, | ) |
| | ) |
|     Defendant. | ) |

### NOTICE OF FILING NOTICE OF REMOVAL

To:    John E. Dunlap                        Clerk of the Circuit Court, Shelby County
         The Law Offices of John E. Dunlap, P.C.   140 Adams Avenue
         1684 Poplar Avenue                  Room 324
         Memphis, Tennessee 38104          Memphis, Tennessee 38103

PLEASE TAKE NOTICE that on the 29th day of July 2011, STANDARD INSURANCE COMPANY, defendant/removing party in the above-entitled action, filed a NOTICE OF REMOVAL with the United States District Court for the Western District of Tennessee, a copy of which is attached hereto in order to effect removal pursuant to 28 U.S.C. §1446(d).

Respectfully submitted,

By: _____
Attorney for Defendant/Removing Party,
Standard Insurance Company

Warren von Schleicher (Ill. Bar No. 6197189)
Jacqueline J. Herring (Ill. Bar No. 6282246)
SMITH | VON SCHLEICHER + ASSOCIATES
180 N. LaSalle Street, Suite 3130
Chicago, Illinois 60603
P: 312-541-0300
F: 312-541-0933
warren.vonschleicher@svs-law.com
jackie.herring@svs-law.com

## CERTIFICATE OF SERVICE

I, Earl A. Egan, non-attorney, under penalty of perjury, hereby certify that I have served the foregoing, along with any documents listed therein, on the attorney as addressed below, via Federal Express, Overnight Delivery, on the 29th day of July, 2011.

John E. Dunlap
The Law Offices of John E. Dunlap, P.C.
1684 Poplar Avenue
Memphis, Tennessee 38104

*Earl A. Egan*