IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| ZENA RAYFORD | ) | |
| | ) | |
| Plaintiff, | ) | No. 2:11-cv-2637-STA-cgc |
| | ) | |
| v. | ) | Judge  S. Thomas Anderson |
| | ) | |
| THE STANDARD INSURANCE COMPANY, | ) ) | Magistrate Judge Charmiane G. Claxton |
| | ) | |
| Defendant. | ) | |

## STANDARD INSURANCE COMPANY'S
## MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant, Standard Insurance Company ("Standard"), by its attorneys, Warren von Schleicher and Jacqueline J. Herring of Smith, von Schleicher & Associates, submits its Motion to Dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6):

1.  Zena Rayford ("Rayford") seeks payment of long-term disability benefits under a group long-term disability insurance policy ("Group Policy") issued by Standard to Rayford's former employer, the Shelby County Government.

2.  This case is a re-filing of *Rayford v. The Standard Ins. Co.*, Case No. 2:08-cv-02144-SHM-tmp, U.S. District Court, W.D. Tenn., in which Judgment was entered in favor of Standard on March 10, 2010 ("*Rayford I*").  *Rayford v. Standard Ins. Co.*, No. 08-2144, 2010 WL 890947 (W.D. Tenn. Mar. 10, 2010).

3.  The Group Policy's three year contractual limitations period bars Rayford's claim for long-term disability benefits under the Group Policy, which was filed more than six years after her claim accrued.

4. Under the doctrine of *res judicata*, the Judgment entered in favor of Standard in *Rayford I* precludes Rayford from re-litigating the same claim for long-term disability benefits against Standard.

WHEREFORE, Defendant, Standard Insurance Company, respectfully requests dismissal of Plaintiff's Complaint with prejudice, pursuant to Fed. R. Civ. P. 12(b)(6).

Respectfully submitted,

| | |
|---|---|
| Warren von Schleicher (Ill. No. 6197189)<br>Jacqueline J. Herring (Ill. No. 6282246)<br>SMITH | VON SCHLEICHER + ASSOCIATES<br>180 N. LaSalle St., Suite 3130<br>Chicago, Illinois 60601<br>P:  312-541-0300<br>F:  312-541-0933<br>warren.vonschleicher@svs-law.com<br>jackie.herring@svs-law.com | By: /s/ Jacqueline J. Herring<br>Attorney for Defendant,<br>Standard Insurance Company |

## CERTIFICATE OF SERVICE

      I hereby certify that on August 19, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

John E. Dunlap
The Law Offices of John E. Dunlap, P.C.
1684 Poplar Avenue
Memphis, Tennessee 38104
jdunlap00@gmail.com

      /s/ Jacqueline J. Herring
      SMITH | VON SCHLEICHER + ASSOCIATES
      180 N. LaSalle St., Suite 3130
      Chicago, Illinois 60601
      P:  312-541-0300
      F:  312-541-0933
      jackie.herring@svs-law.com
      Ill. Bar No. 6282246