UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION


**ZENA RAYFORD,**

    **Plaintiff,**

V.                                                              NO. 11-2637-Ma

**THE STANDARD INSURANCE COMPANY,**

    **Defendant.**


# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order Granting Defendant's Motion to Dismiss, docketed January 31, 2012.

## APPROVED:


S/ *Samuel H. Mays Jr.*
_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

| February 1, 2012 | THOMAS M. GOULD |
|---|---|
| DATE | CLERK |
| | S/ *Jean Lee* |
| | (By) DEPUTY CLERK |